# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **JOYCE KAY GODWIN,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00024-MR |
| | ) | 1:17-cr-00008-MR-WCM |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 12, 2019 Memorandum of Decision and Order.

February 12, 2019

Frank G. Johns, Clerk
United States District Court